AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

CHARLES CLAY

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309-CR-SEITZ

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CHARLES CLAY__

MAGISTRATE JUDGE GARBER

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) illegal gambling business, obstruction of justice

in violation of Title __18__ United States Code, Section(s) __1955, 1511__

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

BSS   with Nobobla
$10,000 Corporate Surety Bond &
Bail fixed at $ 100,000 Personal Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |