# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER

DEFT: Charles Clay (J)#     CASE NO: 00-6309-CR-Seitz
AUSA: Brian McCormick/Diana Fernandez     ATTNY: F. Tim Day (duty)
AGENT: ___     VIOL: 18:1962, 1963, 1955, 1956, 1957, 1511, 894, 892
PROCEEDING: Initial Appearance     BOND REC: 10,000 CSB w/nebbia / 100,000 PSB
BOND HEARING HELD: yes / no / stip     COUNSEL APPOINTED: FPD
BOND SET @ 100,000 PSB
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law. ✓
2) Appear in court as directed. ✓
3) Surrender and/or do not obtain passports/travel documents. ✓
4) Rpt. to PTS as directed or ___ x's a week/month by phone, ___ x's a week/month in person. ✓
5) Random urine testing by Pretrial Services. Treatment as deemed necessary. ✓
6) Maintain or seek full-time employment. ✓
7) Maintain or begin an educational program.
8) No contact with victims/witnesses. ✓
9) No firearms. ✓
10) Curfew: ___
11) Travel extended to: ___
12) Halfway House ___
    Electronic Monitoring ___

No illegal drug or excessive alcohol
Reside @ current address

One tenus M/ unsec [FILED granted]

FILED OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Advised of charges
sworn for appmt of
counsel $1,000 to be
paid into registry of court
w/in 60 days

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: ___
DATE: 10-26-00     TIME: 11:00am     TAPE # 00-084     PG # 01

#36
HA