UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

vs

CHARLES CLAY

ARRAIGNMENT INFORMATION SHEET

*FILED by D.C. OCT 26 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on OCTOBER 26, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND PAPERS_____

                     Telephone:_____

DEFENSE COUNSEL:     Name: ___FEDERAL PUBLIC DEFENDER___

                     Address:_____

                     Telephone:_____

BOND SET             $____100,000 PERSONAL SURETY_____

Bond hearing held:  yes__X__  no____  Bond hearing set for_____

Dated this __26TH__ day of __OCTOBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Denny Butler_____
    Deputy Clerk

Tape No. ____00-083_____

cc: Copy for Judge
    U. S. Attorney

#77