UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
        Plaintiff

v.

CHRALES CLAY Defendant

CASE NO. **00-6309 CR-SEITZ**

REPORT COMMENCING CRIMINAL ACTION

55529-004

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/00
2. Spoken Language: English
3. Offense(s) charged: Illegal Gambling Business / Obstruction of Justice
4. U.S. Citizen [✓] YES [ ] NO [ ] UNKNOWN
5. Date of birth: 11/19/49
6. Type of charging document: (Check One)
   [✓] INDICTMENT      [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. **00-6309 CR-SEITZ**   CASE NO. _____
   DISTRICT: SDF    (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [✓] YES [ ] NO
   AMOUNT OF BOND: $100,000 pers. surety + $10,000 CSB w/ Nebbia
   WHO SET BOND: U.S. MAG. JUDGE BARRY S. SELTZER
7. REMARKS: LAW ENFORCEMENT OFFICER (MARGATE PD)

8. DATE: 10/26/00
9. SA Lionel S. Lofton Jr
    ARRESTING OFFICER
10. AGENCY: FBI
11. 305-944-9101
    PHONE NO.

#8
H1