# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__  517823

UNITED STATES OF AMERICA

V.

CHARLES CLAY

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309

CR-SEITZ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CHARLES CLAY__

MAGISTRATE JUDGE
Name  GARBER

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) illegal gambling business, obstruction of justice

in violation of Title __18__ United States Code, Section(s) __1955, 1511__

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

BSS  with Nebbia
$10,000 Corporate Surety Bond &
Bail fixed at $ 100,000 Personal Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL | | |
| DATE RECEIVED 10/24/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER [signature] Edward Purchase, SDUSM |
| DATE OF ARREST 10/26/00 | | |

#129