~~SEALED~~

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by __ D.C.
OCT 27 2000
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Unsealed 11/8/00

Case No. 00-6309-CR    Date 10/27/00
Clerk L. Webb    Reporter R. Kaufman
USPO No    Interpreter No

UNITED STATES OF AMERICA v. Steve Raffa, et al.

AUSA W. Beckerleg    Defense Counsel _____

Defendant(s): Present ____  Not Present  X  In Custody ____

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.

Misc.: _____

Case Continued to: _____  Time _____  For _____

149/8

```
[docket0]                    CIVIL/CRIMINAL                   [wdktext]
4. Queries                     Docketing


Docket #   : 0:00-cr-6309                                           BLG
Short Title: USA              v. Raffa
Type: cr        Judge: Seitz           Magistrate:
------------------------------------------------------------------------

------------------------------------------------------------------------
              Summary of Event that Created the Document

Filed       Entry Date  Last Update       History ID      Docketed by
10/27/00    11/1/00     **/**/**          4266734             sp
      +-----------------------------------------------------------+
         SEALED DOCUMENT



      +viewing docket text----------------------------------------+
Transaction: kseal doc -/ -/ - - -

Command mode (? for commands)
```

Attached to D.E. # 149