IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

00 NOV -1  PM 3: 51

CASE NO.: 00-6309-Seitz

CLA........ ...:DDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA

      Plantiff

v.

CHARLES CLAY,

      Defendant

_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice

that the above-captioned case has been assigned to Assistant Federal Public Defender

Celeste Siblesz Higgins.  Please direct any future inquiries, pleadings or correspondence

to Celeste Siblesz Higgins on behalf of the defendant Daniel Peter Marian.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: _____

Celeste S. Higgins
Assistant Federal Public Defender
Florida Bar No. 909718
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel:  305-530-7000/Fax:  305-536-4559

#178
HL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 1 day of November, 2000.

Celeste S. Higgins

F:\HigginsC\Clay, Charles\Assign.not.WPD

2