IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

00 NOV -3 PM 3:51

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

CASE NO.: 00-6309-Seitz

UNITED STATES OF AMERICA

    Plantiff

v.

CHARLES CLAY,

    Defendant
_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Celeste Siblesz Higgins. Please direct any future inquiries, pleadings or correspondence to Celeste Siblesz Higgins on behalf of the defendant Charles Clay.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

BY: _____
    Celeste S. Higgins
    Assistant Federal Public Defender
    Florida Bar No. 909718
    150 West Flagler Street, Suite 1700
    Miami, Florida 33130-1556
    Tel: 305-530-7000/Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served upon the following parties via United States Mail:

David Garvin, Esq.
1200 Brickell Ave., Suite 1480
Miami, FL 33131

David B. Rothman, Esq.
Thornton & Rothman
200 S. Biscayne Blvd., Suite 3420
Miami, FL 33131

David Scott Mandel, Esq.
Mandel & McAliley
169 E. Flagler St., Suite 1200
Miami, FL 33131

Brian Lee Tannebaum, Esq.
200 S. Biscayne Blvd., Suite 3420
Miami, FL 33131-2394

Lothar Richard Genge, Esq.
320 SE 10th Court
Ft. Lauderdale, FL 33316

Charles Wender, Esq.
190 W Palmetto Park Rd
Boca Raton, FL 33432

Linda Lopez, Esq.
799 Brickell Plaza, Suite 606
Miami, FL 33131-5198

Philip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami FL 33156

Jeffrey M. Harris
1 E. Broward Blvd., Suite 1500
Ft. Lauderdale, FL 33301

and via Interagency Mail upon:

AUSA J. Brian McCormick
AUSA Diana Fernandez
United States Attorney's Office
500 East Broward Boulevard
Ft. Lauderdale, FL 33394

this 3 day of November, 2000.

Celeste S. Higgins

F:\HigginsC\Clay, Charles\Assign.not.WPD