UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
                                Plaintiff,

vs.                                                    CASE NO. 00-6309-CR-SEITZ

CHARLES CLAY
                                Defendant.
_____/

### NOTICE OF APPEARANCE

Notice is hereby given that Attorneys Maria and Richard Hamar of Hamar &

Hamar P.A. and Jon May of May & Cohen P.A. will appear for purposes of

representation at trial on behalf of defendant Charles Clay in the instant case. The

defendant Charles Clay moves that this Court permit Attorneys Hamar and May to

substitute for Federal Public Defender Celeste Higgins, 150 West Flagler Street,

17th Floor, Miami, Florida, 33130.

                                                       Respectfully submitted,

Richard Hamar, Esq.                          Jon May, Esq
Fla. Bar No. 127562                            200 East Broward Blvd.
Maria Hamar, Esq.                              Suite 1210
Fla. Bar.No. 367214                            Fort Lauderdale, Fla.  33301.
2437 Briarcrest Rd.                             Fla. Bar No. 276571
Beverly Hills, CA 90210                       954.761.7201 office
310.550.0460 office                            954.767.8343 fax

1

#291
HL

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2000, a true and correct copy of the foregoing was sent by U.S. mail to:

Assistant U.S. Attorney
Brian McCormick
299 East Broward Blvd.
Fort Lauderdale, Fla. 33301

Assistant Federal Public Defender
Celeste Higgins,
150 West Flagler Street,
17th Floor,
Miami, Florida, 33130.

Jon May, Esq.