UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs                                    Case No. 00-6309-CR-SEITZ

CHARLES CLAY              /

ORDER VACATING ORDER ON PARTIAL INDIGENCE
FOR APPOINTMENT OF COUNSEL
AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE comes before the Court Sua Sponte. Private counsel having be retained by the defendant, it is

ORDERED AND ADJUDGED that this Court's order entered on October 26, 2000 directing the defendant to pay $1,000.00 to the Clerk of Court for deposit into the Treasury is hereby VACATED.

DONE AND ORDERED this 29th day of December, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney
    Miami Financial Section
    Defense Counsel
    Pretrial Services