IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz



UNITED STATES OF AMERICA

   Plantiff

v.

CHARLES CLAY,

   Defendant

_____/

**MOTION TO TERMINATE APPOINTMENT OF FEDERAL PUBLIC DEFENDER**

   The Office of the Federal Public Defender, through undersigned counsel, respectfully requests this court terminate the appointment of the Federal Public Defender as counsel for Mr. Charles Clay.  The following is submitted in support thereof:

   1.  The Office of the Federal Public Defender was appointed to represent Mr. Marian regarding Case No. 00-6309-CR-Seitz on October 26, 2000.

   2.  On December 21, 2000, Richard Hamar, Esq. and Jon May, Esq. filed a Notice of Appearance on behalf of Mr. Clay in this case.

**WHEREFORE**, the undersigned counsel, on behalf of the Office of the Federal Public Defender, respectfully requests this Court grant this motion to withdraw as counsel for Charles Clay.

Respectfully submitted,

KATHLEEN M. WILLIAMS

FEDERAL PUBLIC DEFENDER

BY: _____

Celeste S. Higgins
Assistant Federal Public Defender
Florida Bar No. 909718
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served upon the following parties via United States Mail: Jon May, Esq., 200 East Broward Blvd, Suite 1210, Ft. Lauderdale, FL 33301; and AUSA J. Brian McCormick / AUSA Diana Fernandez, United States Attorney's Office, 500 East Broward Boulevard Ft. Lauderdale, FL 33394, this __5th__ day of January, 2001.

Celeste S. Higgins

F:\HigginsC\Clay, Charles\Pleadings\Withdraw_Mot.wpd

2