UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

CHARLES CLAY,

_____/

FILED by ____ D.C.

JAN 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to The Honorable Barry L. Garber to take all necessary and proper action regarding the Federal Public Defender's Motion to Terminate Appointment. In addition, since defendant has hired two privately retained counsel, a determination should be made if Defendant should reimburse the Public Defender for any expenses incurred on his behalf.

This matter is not currently set for trial.

DONE AND ORDERED this 8th day of January, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry L. Garber
Brian McCormick, AUSA
Celeste Higgins, AFPD
Jon May, Esq.
Richard Hamar, Esq.