IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz

UNITED STATES OF AMERICA

    Plantiff

v.

CHARLES CLAY,

    Defendant
_____/



FILED by _____ D.C.

JAN 10 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER TERMINATING APPOINTMENT OF FEDERAL PUBLIC DEFENDER**

THIS MATTER IS BEFORE THE COURT upon a motion from the Office of the Federal Public Defender to withdraw as counsel for the defendant, Charles Clay. Upon full consideration of all pertinent matters, it is

ORDERED AND ADJUDGED that the motion is **GRANTED**. Appointment of the Federal Public Defender is **terminated**.

DONE AND ORDERED in Chambers in Miami this 9th day of December, 2000.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT JUDGE

cc:    Celeste S. Higgins, AFPD
       Brian McCormick, AUSA
       Jon May, Esq.

F:\HigginsC\Clay, Charles\Pleadings\Order_Terminate.wpd

