UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

CHARLES CLAY
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 55529-004

Language: English

    The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address: ON BOND

                      Tel. No:

Defense Counsel:  Name     :JON A. MAY ESQ.
RICHARD HAMAR ESQ,
2437 BRIARCREST RD.  Address: 200 E.BROWARD    BLVD #1210
BEVERLY HILLS, CA 90210
(310)550-0460            FT. LAUDERDALE, FL., 33301

                      Tel. No: (954)761-7201

Bond Set/Continued:        $100,000 PSB

DATED this 6th day of FEBRUARY, 2001.

                CLARENCE MADDOX, CLERK,

                BY    NANCY J. FLOOD
                    Deputy Clerk

c:Clerk for Judge
  U.S. Attorney                      TAPE NO. 2001H-  7
  Defense Counsel               DIGITAL START NO. 1200
  Pretrial Services

