CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by ___ D.C.
FEB 8 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-CR          Date 2/6/01
Clerk L. Webb               Reporter D. Ehrlich
USPO No                     Interpreter No

UNITED STATES OF AMERICA v. Mamone, et al.

AUSA B. McCormick           Defense Counsel all Δs

Defendant(s): Present ___ Not Present ___ In Custody ___
Reason for Hearing: Status Conf

Result of Hearing: Benjamin at conf 8/15-8/20.
Spadaro - has vacation plans 7/25-9/3
  a trial w/ PCH on 9/4 (J. Sloman   USA v. Masaro
  to take 6 weeks).   9-10 Δs
E. Perez - Spec Set 7/3 w/ Highsmith - 17 Δs: 45 days.
  + Horley in WPB 10/3.            USA v. United Express
J. Harris - he & Rothman have children going to FSU to

Misc.: about 8/25.
Rothman to be lead for Dade lawyers
Harris   "    "    "    "   Broward  "

No Spec trials set for Sept - Feb 02.
Cotrone set for 1st degree murder in State Ct.

Case Continued to: Aug or Sept.    Time ___ For ___
Status Conf: 5/22/01 @ 8:30 & 7/24/01 @ 8:30
PT motions cutoff:
All PT motions referred to BLG.

PT motions due 4/16/01, any other discovery issues will be addressed at 5/22 status conf.