

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)

UNITED STATES OF AMERICA,
            Plaintiff,

v.

CHARLES CLAY,
            Defendant.
_____

GOVERNMENT'S RESPONSE IN OPPOSITION TO
DEFENDANT'S OMNIBUS MOTION FOR DISCOVERY

    The United States of America, through its undersigned attorneys, respectfully answers defendant's Omnibus Motion for Discovery as follows:

    1.    The government has provided defendant with notice of its intention of offering evidence pursuant to Rule 404 (b) of the Federal Rules of Evidence, which states that "... the prosecution in a criminal case shall provide reasonable notice in advance of trial, ... of the <u>general nature</u> of any such evidence it intends to introduce at trial" (Emphasis added). Moreover, Paragraph H of the Standing Discovery Order requires "the Government to advise the defendant of its intention to introduce during its case in chief proof of evidence, pursuant to Rule 404(b), Federal Rules of Evidence." In this case, the defendant has been informed of the

fact that the defendant had protected a narcotic organization through his position as a police officer for the City of Margate. Additionally, the defendant was informed that the evidence will demonstrate that the organization was operated by a person named Kleber and the defendant received $15,000 for this corrupt service, which occurred in approximately 1987. The government submits that this disclosure is sufficient at this juncture.

2. The government has provided the defendant with copies of FBI interviews of the defendant prior to indictment and at the time of arrest.

3. The government will continue to fulfill its duty as required under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), the Standing Discovery Order and Rule 16 of the Federal Rules of Criminal Procedure. However, defendant's request for names and statements of coconspirators who have no knowledge of defendant's role in this vast organization is not discoverable under <u>Brady</u> and its progeny. In any event, as defendant Clay is fully aware through discovery and the electronic surveillance conducted in this case, defendants John Mamone and Fred Scarola are fully knowledgeable of defendant's furnishing protection to an illegal gambling business.

4. The defendant has also requested that the government ask its witnesses whether they would consent to an interview by the defendant. If the defendant would identify the witnesses, the

government will make that request. Otherwise, the government opposes this general request without further information.

Wherefore, for the reasons set forth above, the government respectfully requests that defendant's Omnibus Motion for Discovery be denied.

Respectfully submitted,

GUY E. LEWIS
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

CERTIFICATE OF SERVICE

    I HEREBY certify that a true and correct copy of the foregoing was mailed this 7th day of May, 2001 to:

David Rothman, Esq.
First Union Financial Ctr.
200 S Biscayne Blvd., Ste 2690
Miami, FL 33131
(Counsel for John Mamone)

John Howes, Esq.
633 S.E. Third Ave., Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Blvd
Miami, FL 33132
(Counsel for David Morgenstern)

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd.
Suite 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

Donald R. Spadaro, Esq.
1000 S. Federal Hwy., Ste 103
Fort Lauderdale, FL 33316
(Counsel for Julius Chiusano)

Brian L. Tannebaum, Esq.
First Union Financial Center
200 South Biscayne Blvd.,#2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Jeffrey M. Harris, Esq.
One East Broward Blvd., #1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

Michael Tarre, Esq.
Two South Biscayne Blvd.,#3250
Miami, FL 33131
(Counsel for Jeffrey Bass)

John F. Cotrone, Esq.
509 S.E. 9th St., Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

Charles Wender, Esq.
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Peter Raben, Esq.
2665 S. Bayshore Dr., Ste 1206
Coconut Grove, FL 33133
(Counsel for Paul DiFilippi)

Neil M. Mameroff, Esq.
100 S.E. 2nd Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Brian H. Bieber, Esq.
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Richard Hamar, Esq.
Maria Hamar, Esq.
2437 Briarcrest Rd.
Beverly Hills, CA 90210
(Counsel for Charles Clay)

Charles G. White, Esq.
2250 SW 3rd Avenue, Suite 150
Miami, FL 33129
(Counsel for Peggy Preston)


Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Ste. 328
Miami, FL 33156
(Counsel for Mark Weiss)

David G. Vinikoor, Esq.
420 S.E. 12th Street
Fort Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

for DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY