UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

CHARLES CLAY,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from United States District

Judge Patricia A. Seitz. Pursuant to such reference the Court has received the defendant

Clay's Omnibus Motion for Discovery and the government's response thereto. Upon due

consideration of same, it is hereby

ORDERED that a hearing will be held on said motion on Wednesday, the 30th day

of May, 2001 at 10:00 A.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st

Avenue, Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of May, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record

