CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT

THE HONORABLE BARRY L. GARBER PRESIDING

Time: 10:00-10:30

CASE NO.  **00-6309-CR-SEITZ**          DATE:   May 30, 2001

CLERK:  Karen Sussmann            REPORTER/TAPE NO. 01C:   40 - 420

PTS/USPO:      None               INTERPRETER: NONE


**UNITED STATES OF AMERICA  vs.  CHARLES CLAY (Bond)**

AUSA:      Brian McCormick and Diana Fernandez


DEFENDANT(S) COUNSEL:.     Jon May, Esq.


DEFENDANT(S)  PRESENT __X__NOT PRESENT_____IN CUSTODY_____


REASON FOR HEARING:        Defendant's Omnibus Motion for Discovery


RESULTS OF HEARING:        Hearing held; matter taken under advisement;
                           Order to follow

