UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

CHARLES CLAY,

    Defendant.
_____/

### ORDER

THIS CAUSE was before the Court for hearing on the defendant Clay's Omnibus Motion for Discovery and the government's response thereto.

The government has announced its intent to present 404(b) evidence during the trial which, it claims, would reveal that the defendant, in 1987 and while a police officer, received $15,000.00 for his services in affording protection to a narcotics organization. The cause now before the Court does not involve narcotics. The Court does not now consider the admissibility of such evidence which has been inferentially challenged in the motion now under consideration; such issue may be addressed by a separate motion or at the time of trial.

The government has met its obligations under Rule 404(b). The government, however, should make available any statements or reports regarding the 1987 incident so as to assist the defendant in his preparation for trial.

Further, the defense is entitled to any reports regarding either of the statements, verbal or otherwise, allegedly made by the defendant at or about the time of his arrest.

Accordingly, and upon due deliberation, it is hereby

ORDERED as follows:

1. The defendant's Omnibus Discovery Request is GRANTED IN PART and DENIED IN PART as follows:

a. GRANTED to the extent that the government shall furnish the defendant with any statements or reports regarding the 1987 incident sought to be offered pursuant to 404(b), as well as any reports or statements regarding statements, verbal or otherwise, made by the defendant at or about the time of his arrest.

b. The government shall determine whether any of its witnesses are agreeable to being interviewed by defense counsel and shall advise the defense of such witnesses' decisions. If any witnesses agree to such interview, the government shall make thyem available to the defendant's attorney.

c. DENIED in all other respects.

DONE AND ORDERED in Chambers at Miami, Florida this 30th day of May, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record