UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,
vs.                                      CASE NO. 00-6309-CR-SEITZ

CHARLES CLAY
        Defendant.
_____/

**NOTICE OF UNAVAILABILITY**

NOTICE IS HEREBY GIVEN that attorney Jon May of May & Cohen P.A. will be out of the Southern District of Florida on vacation from Friday, August 17 until Monday, August 27, 2001.

                                                                Respectfully submitted,

Richard Hamar, Esq.                         Jon May, Esq
Fla. Bar No. 127562                          200 East Broward Blvd.
Maria Hamar, Esq.                           Suite 1210
Fla. Bar.No. 367214                          Fort Lauderdale, Fla. 33301.
2437 Briarcrest Rd.                           Fla. Bar No. 276571
Beverly Hills, CA 90210                   954.761.7201 office
310.550.0460 office                           954.767.8343 fax

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 19, 2001, a true and correct copy of the foregoing was sent by U.S. mail to:

Assistant U.S. Attorney
Brian McCormick
299 East Broward Blvd.
Fort Lauderdale, Fla. 33301

_____
Jon May, Esq.