UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by _____ D.
APPEAL
AUG 1 0 2001
CLARENCE MADDOX
CLER. U.S. DIST. CT
S.D. OF FLA.

**UNITED STATES OF AMERICA,**

                         Case No. 00-6309-Cr-SEITZ

    Plaintiff,

vs.                         MIAMI, *FLORIDA*
                             MAY 30, 2001

**CHARLES CLAY,**

    Defendant.

---

**TRANSCRIPT OF DEFENDANT'S OMNIBUS MOTION FOR DISCOVERY
BEFORE THE HONORABLE BARRY L. GARBER,
UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

                **DIANA FERNANDEZ, A.U.S.A.**
                **BRIAN McCORMICK, A.U.S.A.**
                *UNITED STATES ATTORNEY'S OFFICE*
                500 East Broward Blvd., 7th Floor
                Ft. Lauderdale, FL 33301 954/356-7392

FOR THE DEFENDANT:

                *MAY & COHEN*
                200 East Broward Blvd., Suite 1210
                Fort Lauderdale, Florida
                **BY: JON MAY, ESQ.**

REPORTED BY:      **JERALD M. MEYERS, RPR-CM**
                301 North Miami Avenue, 9th Floor
                Miami, FL  33128-7797 - 305/374-8108

pgs. 1-17

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**