UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-CR-SEITZ(s)(s)/GARBER

UNITED STATES OF AMERICA,

vs.

CHARLES CLAY
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _____

Language: _____

The above-named Defendant appeared before **Magistrate Judge STEPHEN T. BROWN,** The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**    Address: ___ON BOND___

Tel. No: _____

**Defense Counsel:**  Name    : ___JON MAY ESQ.___

Address: ___200 EAST   BROWARD BLVD.___

___FT. LAUDERDALE, FL., 33301___

Tel. No: ___(954) 761-7201___

**Bond Set/Continued:**    ___$100,000 PSB___

Dated this 21st day of SEPTEMBER, 2001.

CLARENCE MADDOX, CLERK

BY STTEPHANIE LEE
    Deputy Clerk

c: CRD
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 01D- 58-3020
DIGITAL START NO. _____