UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

01 OCT 12 PM 12:44

CL... ...DDOX
CLERK U S DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,
       Plaintiff,

vs.

CASE NO. 00-6309-CR-SEITZ

CHARLES CLAY,
       Defendant.
_____/

**NOTICE OF FILING CORRECTED AFFIDAVIT**

Notice is hereby given of the filing of the attached corrected affidavit of William Venturi. This affidavit is intended to replace the Affidavit attached to the defendant's motion for severance.

Respectfully submitted,

Richard Hamar, Esq.
Fla. Bar No. 127562
Maria Hamar, Esq.
Fla. Bar.No. 367214
2437 Briarcrest Rd.
Beverly Hills, CA 90210
310.550.0460 office

Jon May, Esq
Fla. Bar No. 276571
AutoNation Tower
110 NE 6th Street, Suite 1970
Fort Lauderdale, FL 33301
954.761.7201 office
954.767.8343 fax

1