UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
OCT 25 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,
      Plaintiff,

vs.                                           CASE NO. 00-6309-CR-SEITZ

CHARLES CLAY,
      Defendant.
_____/

## JOINT MOTION FOR CONTINUANCE OF SUPPRESSION HEARING

Defendant Charles Clay, by and through the undersigned counsel, and the United States of America, hereby move for a continuance of the hearing on the defendant's motions to suppress. In support of this motion, the parties would show the following:

1. Undersigned counsel just yesterday received notice that the hearing on his motion to suppress is set for Thursday, November 1. The United States Attorneys Office was not aware of the setting of a hearing until informed by counsel today. Neither party is prepared to go forward. The defense only today received a response to his motion to suppress statements. The government has not yet responded to the motion to suppress search. In addition, lead counsel for defendant Clay, Richard Hamar, has other matters pending in California on that date.

OCT 29 2001

Rec'd in M.A Dkt _____

1

2. The parties have conferred concerning alternative dates for a hearing and would be available on the afternoon of November 28, 2001. Counsel respectfully request that this Court reset the hearing for November 28 at 2:00 p.m. or at a later date. See proposed order attached.

|  | Respectfully submitted, |
|---|---|
| Richard Hamar, Esq. | Jon May, Esq |
| Fla. Bar No. 127562 | Fla. Bar No. 276571 |
| Maria Hamar, Esq. | AutoNation Tower |
| Fla. Bar.No. 367214 | 110 NE 6th Street, Suite 1970 |
| 2437 Briarcrest Rd. | Fort Lauderdale, FL 33301 |
| Beverly Hills, CA 90210 | 954.761.7201 office |
| 310.550.0460 office | 954.767.8343 fax |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25th, 2001, a true and correct copy of the foregoing was sent by U.S. mail to:

Assistant U.S. Attorney
Brian McCormick
500 East Broward Blvd.
Suite 700
Fort Lauderdale, Fla. 33394

Jon May, Esq.

2