UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber



UNITED STATES OF AMERICA,

v.

CHARLES CLAY, *et al.*,

Defendants.

_____/

## ORDER

THE COURT has received the defendant Clay's Joint Motion to Continue the

hearing on the Motions to Suppress presently scheduled for November 1st, 2001. Upon

due consideration of same, it is hereby

ORDERED that said Joint Motion is GRANTED and the hearing on the defendant

Clay's Motions to Suppress is hereby RESCHEDULED to Wednesday, November 28th,

2001 at 2:00 P.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue,

Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 29th day of October,

2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
David Rothman, Esq.
Jayne Weintraub, Esq.
John Howes, Esq.
Ana M. Jhones, Esq.



Emanuel Perez, Esq.
Brian L. Tannebaum, Esq.
Jeffrey M. Harris, Esq.
Kenneth Swart, Esq.
Philip R. Horowitz, Esq.
James Benjamin, Esq.
Joseph S. Rosenblum, Esq.
David Tarlow, Esq.
Jon May, Esq.
Howard Srebnick, Esq.