CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT

THE HONORABLE BARRY L. GARBER PRESIDING

Time:  2:00 - 4:00

CASE NO. **00-6309-CR-SEITZ**         DATE: November 28, 2001

CLERK:  Karen Sussmann              REPORTER:  JERRY REEVES

PTS/USPO:    none                   INTERPRETER:  none

**UNITED STATES OF AMERICA  vs.  CHARLES CLAY (BOND)**

AUSA:    BRIAN McCORMICK, DIANA FERNANDEZ

DEFENDANT(S) COUNSEL:    JON MAY, ESQ.
                         RICHARD HAMAR, ESQ.

DEFENDANT(S)  PRESENT __x__ NOT PRESENT_____ IN CUSTODY_____

REASON FOR HEARING:    MOTION TO SUPPRESS EVIDENCE;
                       MOTION TO SUPPRESS POST-ARREST
                         STATEMENTS

RESULTS OF HEARING:    Hearing held; Exhibits marked and entered into
                       evidence; witness sworn; transcript ordered by
                       defendant; Report and Recommendation to follow