AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| | | USA | vs. | CHARLES CLAY | DISTRICT COURT: So DIST- FL |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY | | | DEFENDANT'S ATTORNEY | | DOCKET NUMBER |
| Diana Fernandez, AUSA | | | Jon May, Esq. | | 00-6309-CR-SEITZ(s) |
| Brian McCormick, AUSA | | | Richard Hamar, Esq. | | TRIAL DATE(S): 11-28-01 |
| PRESIDING JUDGE | | | COURT REPORTER | | COURTROOM DEPUTY |
| Barry L. Garber | | | Jerry Reeves | | K. Sussmann |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 11-28-01 | | | SWORN: Lionel S. Lofton, Jr., FBI |
| 1 | | 11-28-01 | ✓ | ✓ | Copies of cards and two checks |
| | A | 11-28-01 | ✓ | ✓ | Copy of 302 |
| comp | B | 11-28-01 | ✓ | NO | Photographs of Clay's residence |
| | C | 11-28-01 | ✓ | NO | Check folder |

FILED BY __ D.C.
2001 NOV 29 AM 11:18
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

757

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages



The Castle Card is the property of Trump's Castle Casino Resort. Use of this card constitutes acceptance of the terms and conditions of the Castle Card which may be modified or cancelled and must be returned upon request. For further information, call 1-800-777-VIPS. If You Sweat It, Don't Bet Itsм. Gambling Problem? Call 1-800-GAMBLER.



Effective December 4, 1995

Reservations Required.
(305) 921-8477

$19.00 Service Charge without a reservation.

This card also entitles VIP to a 10% discount at TUGBOAT ANNIE'S.

| | | |
|---|---|---|
| Monday | 10:30am-4:00pm | 7:00pm-1:00am |
| Tuesday | NO CRUISE | 7:00pm-12:30am |
| Wednesday | 10:30am-4:00pm | 7:00pm-12:30am |
| Thursday | 10:30am-4:00pm | 7:00pm-12:30am / 1:15am-6:00am |
| Friday | 10:30am-4:00pm | 7:00pm-1:00am |
| Saturday | 11:00am-5:00pm | 7:00pm-1:00am |
| Sunday | 11:00am-5:00pm | 7:00pm-12:30am / 1:00am-6:00am |

## ATLANTIS

ENTER this side up →

**For reservations and information call 1-800-821-1139**

This card is the property of Atlantis, Paradise Island. It is non-transferable and may only be used by the person whose name appears on the reverse side of this card for the sole purpose of casino player tracking. The cardholder must be at least 18 years of age. Atlantis, Paradise Island management reserves all rights and wishes good luck to all of our patrons.

---

8200  **This card may be used at any Bally's property:**

For information and reservations, please call:
The Grand - Atlantic City: 1-800-THE-GRAND
Bally's Park Place - Atlantic City: 1-800-772-7777, Ext. 2700
Bally's Las Vegas: 1-800-7-BALLYS, Ext. 4561

For slot play, insert card into VIP card reader to accurately record your play.

• For table game use, please present card to a casino supervisor to accurately record your play.

This card is not transferable and Bally's reserves the right to terminate the use of this card at any time.
Gambling Problem? Call 1-800-GAMBLER. Bet with your head, not over it.

---

N95

## CRYSTAL PALACE CASINO

Ft. Lauderdale 1-800-222-7466 Ext. 2

Nassau 1-800-453-5301

---

S962

Non-transferable.

The Castle Card is the property of Trump's Castle Casino Resort. Use of this card constitutes acceptance of the terms and conditions of the Castle Card which may be modified or cancelled and must be returned upon request. For further information, call 1-800-777-VIPS. If You Sweat It, Don't Bet Itsм. Gambling Problem? Call 1-800-GAMBLER.











```
Nov 25 01 07:05p   VENTURA INVESTI           954-581
Dec-14  MAY 04 '01  11:01AM
         :55P
```

FD-302 (Rev. 10-6-95)

| | |
|---|---|
| | **DEFENDANT'S EXHIBIT** |
| | CASE NO. 6309 |
| | EXHIBIT NO. B |

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  10/30/00

Margate Police Officer CHARLES PATRICK CLAY, DOB 11/19/1949, SSN 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 was arrested at his residence 1465 NW 66 Terrace, Margate, FL. Arrest authority was pursuant to a Federal Warrant for Arrest issued in the Southern District of Florida by Magistrate Judge Seltzer on October 24, 2000. The case number for this matter was predesignated as 00-6309 CR SEITZ. Agents participating in the arrest were SA Geoffrey N. Swinerton, SA Lionel S. Lofton, Jr., SA John C. Jones, SA Rodney J. Naramore, and SA Michael O. McAuliffe. Also present for security purposes were three Broward Sheriff's Office Deputies.

Time Line of Events:

| | |
|---|---|
| 7:20AM | Arrested at residence. |
| 7:21AM | Advised of charges. |
| 7:41AM | CLAY transported to FBI Miami Field Office. |
| 7:42AM | SA Lionel S. Lofton, Jr. orally advises CLAY of his rights at which time CLAY advises he wishes to speak with an attorney before making any formal statements. |
| 8:24AM | Arrive at FBI Miami Field Office. |
| 8:41AM | CLAY fingerprinted and photographed. |
| 9:08AM | CLAY departs FBI Miami Field Office in route to the US Marshals. |
| 9:28AM | Arrive at US Marshals. Clay turned over to the custody of the US Marshals, 299 E. Broward Boulevard, Ft. Lauderdale, FL. |

During the arrest of CLAY he was told by SA Lionel Lofton of the charges against him. CLAY indicated he was confused as to how he could be involved. SA Lofton made the statement that it was tied to his (CLAY) dealings with another subject FREDDIE SCAROLA. CLAY made the statement that he had

Investigation on  10/26/00  at  Margate, FL

File #  _____   Date dictated  10/30/00

by  _____

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of __Charles Clay__ , On __10/26/00__ , Page __2__

never heard of and did not know anyone by the name of FREDDIE SCAROLA.

After being advised of his rights and requesting an attorney, CLAY started asking questions about the charges and the nature of the case. CLAY specifically asked who other than he was supposed to be arrested that morning. SA Lofton read CLAY the list of the other subjects which included the following: STEVE RAFFA, JOHN MAMONE, FREDERICK SCAROLA, FRED MORGENSTERN, DAVID MORGENSTERN, JULIUS CHIUSANO, GIUSEPPE BELITTO, ANSON KLINGER, JEFFREY BASS, MARK CARATTINI, MICHAEL BUCCINNA, DAVID BELL, MARK WEISS, JACOLYN BARUCH, PEGGY PRESTON, JOSEPH SPITALERI, PAUL DIFILIPPI. CLAY responded that he did not know any of those people and that he had only heard the name MORGENSTERN before because the FBI had approached him in February and asked him if he knew that name.

At the time of arrest CLAY was asked to voluntarily surrender his Margate Police issue handgun, his badge, and his credentials per the request of the Margate Police Chief Jerry Blough. CLAY surrendered his Smith & Wesson 9mm handgun SN TU86836, model 6946, marked "MARGATE P.D. 07623", three silver metallic handgun magazines, one automotive key for his Margate Police Cruiser #578, one Margate Police Badge, 24 rounds of 9mm Luger ammunition, and one Motorola MTS 2000 Flashport Radio system with microphone. CLAY did not know the whereabouts of his credentials, but thought they may be in his locker at the Police Station.

Also at the time of arrest SA Lionel Lofton took control of the following items subsequently placing them into evidence. These items were seized in plain view of the area where CLAY was arrested and are as follows for casino membership cards: CAESARS EMPERORS CLUB in the name of CHARLES P. CLAY, CRYSTAL PALACE CASINO in the name of CHARLES P. CLAY, CASTLE CARD-TRUMP'S CASTLE CASINO RESORT in the name of CHARLES P. CLAY (2), ATLANTIS PLAYERS ACCESS in the name of CHARLES P. CLAY, THE GRAND VIP CARD in the name of CHARLES P. CLAY, SEA ESCAPE VIP in the name of CHARLES P. CLAY, VEGAS EXPRESS & TUGBOAT ANNIES in the name of CHARLES P. CLAY listing CLAY's home address as 6008 Royal Birkdale Drive, Lakeworth, FL 33463, telephone 407-969-6228. Also taken was a BROWARD COUNTY POLICE BENEVOLENT ASSOCIATION MEMBER CARD in the name of CHARLES P. CLAY.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of __Charles Clay__ , On __10/26/00__ , Page __3__

    In addition two checks were taken. One written on a First Union check, account number 765169904962, dated 9/15/00 in the amount of $15,000 payable to ANNETTE SABINO, signed by CLAY and noted for "EXPENSES." The address on the check lists CHARLES P. CLAY, 1465 NW 66 Terrace, Margate, FL 33063. The second check written on a STURDY Savings Bank check, account number 231271284, dated 10/15/00 in the amount $21 payable to DISH NETWORK CABLE, signed by MARGARET M. DOLAN. The address on the check lists MARGARET M. DOLAN, 1638 Woolson Road, Villas, NJ 08251.

    At the time of arrest across the street from CLAY's residence two vehicles were observed. The first was a Margate Police Cruiser #578 which had been observed regularly in front of CLAY's residence and the second vehicle was a red Chevrolet Cavalier which had also previously been observed in front of the residence. The Chevrolet had Florida tags DQ1-29G and was registered to ANNETTE SABINO 5534 E. Lakewood Circle, Coral Springs, FL. Also affixed to the tag was Florida Police Benevolent Association placard.