IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
DEC 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NUMBER: |
| CHARLES CLAY, ) | 00-6309-CR-SEITZ, |
| ) | |
| Defendant. ) | |
| ) | |

Transcript of motion to suppress proceedings before the Honorable Barry L. Garber, United States Magistrate Judge, at Miami, Florida, on the 28th day of November, 2001.

APPEARANCES OF COUNSEL:

For the United States:     DIANA FERNANDEZ, AUSA
                           BRIAN MCCORMICK, AUSA
                           Fort Lauderdale, Florida

For the Defendant:         JON MAY, ESQ.
                           Fort Lauderdale, Florida
                           RICHARD A. HAMAR, ESQ.
                           Beverly Hills, California

Court Reporter:            Jerald J. Reeves, RPR

Proceedings recorded by mechanical stenography.

Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT