CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.

DEC 1 4 2001

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. MIAMI

---

Case No. OO-6309-Cr        Date 12/14/01

Clerk L. Webb             Reporter D. Ehrlich

USPO _____        Interpreter _____

USPTS _____

AUSA B. McCormick /        Def. Atty. all As represented.
D. Fernandez

United States of America v. Mamone, et al

---

Defendant(s): Present _____    Not Present X    In Custody _____

Reason for Hearing Status conf.

---

Results of Hearing Mamone will enter plea of Guilty
Seiken may have a problem with Feb date
since he just came into case.
Joseph + Doreen Russo req. that motions
pending before Blg be referred as this
case may be resolved - will defer to Blg
as long as hrg is held in Jan if no plea.

Misc. O'Sullivan may plead - asks that m/ sever
be referred. - Court defers to Blg
Carrattini will most likely plead
Benjamin's m/ to file late m/adopt is denied.

