UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ



FILED by ___ M ___ D.C.

JAN 1 6 2002

CLARENCE MADDOX
CLER.· U.S. DIST. CT.
S. D. OF FLA   MIAMI

UNITED STATES OF AMERICA,

v.

CHARLES CLAY,
_____/

## ORDER

This matter came before the Court on Defendant Clay's Response to Morgenstern's Counsel's Motion to Withdraw, filed January 11, 2002, and Notice of Conflict, filed January 15, 2002. In his Response, the Defendant states that he "is prepared for trial and vigorously objects to any continuance of the February 11, 2002 trial date" due to the appointment of new counsel for Defendant, Fred Morgenstern, and any continuance he may request. In his Notice of Conflict he appears to be waiving his speedy trial demand so vigorously demanded four days earlier. In addition, it appears that he is now laying the groundwork for a continuance on the grounds that Mr. Norris, Defendant, Fred Morgenstern's new counsel, needs additional time. The Court notes that Mr. Norris undertook the representation of his client with the understanding that no continuances would be requested. Finally, the Court notes that Mr. Clay is also represented by very able co-counsel, Jon May. Because this case has been pending for more than a year and three months, Defendant Clay is advised that this case must proceed to trial. Therefore, it is

ORDERED that the trial in this matter will commence on February 11, 2002, and no continuances will be considered. If Mr. Hamar is in trial in Case No. 00-6211-Cr-Hurly, Defendant Clay will be expected to proceed to trial on February 11th with his co-counsel, Jon May, or other new counsel of his choice.

DONE AND ORDERED in Miami, Florida this 16th day of January, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

See Attached Service List



SERVICE LIST
00-6309-CR-SEITZ
USA v. Mamone, et al.

Brian McCormick, AUSA
Fort Lauderdale

Diana Fernandez, AUSA
Fort Lauderdale

William Norris, Esq.
7685 S.W. 104th Street
Suite 104
Miami, FL 33156
*Counsel for Fred Morgenstern*

Scott Sakin, Esq., (CJA)
1411 N.W. North River Drive
Miami, FL 33125
*Counsel for David Morgenstern*

Emmanuel Perez, Esq. (CJA)
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33144
*Counsel for Joseph Silvestri*

Brian Tannenbaum, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
*Counsel for Michael Buccinna*

David Tarlow, Esq.
801 Brickell Avenue
Suite 1901
Miami, FL 33131
*Counsel for Frederick Scarola*

James S. Benjamin, Esq.
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
*Counsel for Mark Carattini*

Joseph Rosenbaum, Esq.
2400 South Dixie Highway
Suite 105
Miami, FL 33133
*Counsel for Anson Klinger*

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
*Counsel for Charles Clay*

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
*Counsel for Charles Clay*

Philip Horowitz, Esq. (CJA)
12651 South Dixie Highway
Suite 328
Miami, FL 33156
*Counsel for Mark Weiss*

Jeffrey Harris, Esq.
1 East Broward Blvd.
Suite 925
Fort Lauderdale, FL 33301
*Counsel for David Bell*

Jayne Weintraub, Esq.
100 S.E. 2nd Street
Suite 3550
Miami, FL 33131
*Counsel for Joseph Russo*

Howard Srebnick, Esq.
201 South Biscayne Blvd.
Suite 1300
Miami, FL 33131
*Counsel for Doreen Russo*