UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          Case No. 00-6309-CR-PAS

   v.                             MIAMI, FLORIDA
                                        February 6, 2002
                                        VOLUME I
                                        PAGES 1 TO 13

FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
FREDERICK SCAROLA
CHARLES CLAY
MARK WEISS
JOSEPH RUSSO
DOREEN RUSSO

FILED by _____ D.C.
APPEAL
FEB - 8 2002
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

STATUS CONFERENCE
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:
                     BRIAN MC CORMICK, ESQ.
                     DIANA FERNANDEZ, ESQ.
                     JAMES PAVLOCK, ESQ.
                     Assistant United States Attorneys
                     99 N.E. 4th Street
                     Miami, FL 33132

REPORTED BY:         DAVID S. EHRLICH, RPR
                     Official Court Reporter
                     301 N. Miami, Room 504
                     Miami, Florida 33128-7788
                     (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

DAVID S. EHRLICH - OFFICIAL COURT REPORTER

```
APPEARANCES: (Continued)
FOR THE DEFENDANT:

F. MORGENSTERN      WILLIAM NORRIS, ESQ.

D. MORGENSTERN      SCOTT SAKIN, ESQ.

J. SILVESTRI        EMMANUEL PEREZ, ESQ.

C. CLAY             JON MAY, ESQ.

M. WEISS            PHILLIP HOROWITZ, ESQ.

F. SCAROLA          DAVID TARLOW, ESQ.

J. RUSSO            JAYNE WEINTRAUB, ESQ.

D. RUSSO            HOWARD SREBNICK, ESQ.
```