# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ

FILED by __M__ D.C.
FEB 0 7 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. __00-6309-Cr__     Date __2/6/02__
Clerk __L. Webb__     Reporter __D. Ehrlich__
USPO _____     Interpreter _____
USPTS _____

AUSA __McCormick/Fernandez__ Def. Atty. __All represented__

United States of America v. __Morgenstern, et al__
__(Clay & Russos present)__

Defendant(s): Present ____  Not Present __X__  In Custody ____

Reason for Hearing __Pretrial conference__

Results of Hearing __All counsel avail for trial on 5/6/02. Case to be transferred to WPD the following As leave t PAS to take pleas & sentence. Russos Court will take any more pleas. Will refer to WPD for trial only.__

Misc. _____

