UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 00-6309-CR-DIMITROULEAS(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**CHARLES CLAY,**

        Defendant.
_____/



### ORDER FOR DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the indictment against defendant **CHARLES CLAY**.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

_____ 4/1/02
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Date: 4/1/02

cc:
U. S. Marshal Service
Pretrial Services
AUSA Diana L.W. Fernandez
AUSA J. Brian McCormick
Jon May, Esquire
Probation

