UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

CHARLES CLAY,
_____/



## ORDER

This matter came before the Court upon receipt of the courtesy copy of Defendant Clay's Notice of Conflict in Case No. 00-6211-Cr-Hurley. Defendant Clay has selected Mr. Hamar as his trial counsel, notwithstanding the fact that he has very able co-counsel in Mr. May, and desires to proceed with Mr. Hamar in the trial of this case. However, Mr. Hamar is presently set to begin a three-week trial before Judge Hurley on February 4, 2002. Because Mr. Hamar cannot be in two places at the same time and because Judge Hurley's case is a very complicated, multi-defendant case requiring difficult-to-obtain Arabic interpreters, it is

ORDERED that the trial in this case is continued for one week. The trial in this case will commence one day after the verdict is rendered in Case No. 00-6211-Cr-Hurley. It is further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C, §3161(h)(8)(A). This Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendants in a speedy trial.

DONE AND ORDERED in Miami, Florida this 22nd day of January, 2002.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   See Attached Service List
      The Honorable Daniel T.K. Hurley

SERVICE LIST
00-6309-CR-SEITZ
USA v. Mamone, et al.

Brian McCormick, AUSA
Fort Lauderdale

Diana Fernandez, AUSA
Fort Lauderdale

William Norris, Esq.
7685 S.W. 104th Street
Suite 104
Miami, FL 33156
*Counsel for Fred Morgenstern*

Scott Sakin, Esq., (CJA)
1411 N.W. North River Drive
Miami, FL 33125
*Counsel for David Morgenstern*

Emmanuel Perez, Esq. (CJA)
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33144
*Counsel for Joseph Silvestri*

Brian Tannenbaum, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
*Counsel for Michael Buccinna*

David Tarlow, Esq.
801 Brickell Avenue
Suite 1901
Miami, FL 33131
*Counsel for Frederick Scarola*

James S. Benjamin, Esq.
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
*Counsel for Mark Carattini*

Joseph Rosenbaum, Esq.
2400 South Dixie Highway
Suite 105
Miami, FL 33133
*Counsel for Anson Klinger*

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
*Counsel for Charles Clay*

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
*Counsel for Charles Clay*

Philip Horowitz, Esq. (CJA)
12651 South Dixie Highway
Suite 328
Miami, FL 33156
*Counsel for Mark Weiss*

Jeffrey Harris, Esq.
1 East Broward Blvd.
Suite 925
Fort Lauderdale, FL 33301
*Counsel for David Bell*

Jayne Weintraub, Esq.
100 S.E. 2nd Street
Suite 3550
Miami, FL 33131
*Counsel for Joseph Russo*

Howard Srebnick, Esq.
201 South Biscayne Blvd.
Suite 1300
Miami, FL 33131
*Counsel for Doreen Russo*